UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | |
| *Plaintiff,* | |
| v. | Civ. A. No. 19-3759 (ABJ) |
| U.S. DEPARTMENT OF STATE, | |
| *Defendant.* | |

## JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendant, the United States Department of State ("Defendant" or "State"), by and through undersigned counsel, respectfully submit this joint status report in response to the Court's minute order dated September 30, 2024.

1.      On December 17, 2019, Plaintiff filed a complaint alleging that Defendant violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by failing to produce requested records of communications sent or received by specified U.S. embassy officials containing specified key terms.  ECF No. 1 ¶¶ 7-11.

2.      As stated in the parties' April 16, 2020, Joint Status Report, State has reported that initial searches are complete and State has agreed to prioritize processing of embassy email records in an order requested by Plaintiff. ECF No. 11, ¶ 3. The parties have since conferred further, and Plaintiff agreed to eliminate from its request press releases and news clips that contained no commentary from State Department officials.  ECF No. 13, ¶ 2.  The parties have also conferred and reached agreement regarding an additional proposal from State regarding the scope of Plaintiff's request.  ECF No. 17, ¶ 12.

1

3.      As discussed in prior joint status reports, State made productions to Plaintiff on July 10, 2020, July 16, 2020, August 17, 2020, September 17, 2020, September 23, 2020, October 15, 2020, November 16, 2020, December 31, 2020, January 29, 2021, February 26, 2021, March 30, 2021, April 29, 2021, May 28, 2021, 2021, June 29, 2021, July 29, 2021, August 30, 2021, September 29, 2021, October 29, 2021, November 29, 2021, December 27, 2021, January 31, 2022, February 28, 2022, March 29, 2022, April 29, 2022, May 31, 2022, June 29, 2022, July 29, 2022, August 29, 2022, September 29, 2022, October 31, 2022, November 29, 2022, December 29, 2022, January 30, 2023, February 28, 2023, March 29, 2023, April 28, 2023, and May 30, 2023, June 29, 2023, July 31, 2023, August 29, 2023, September 29, 2023, October 30, 2023, November 29, 2023, December 29, 2023, and  February 29, 2024.

4.      State previously reported that it had one remaining responsive record to process in this case but subsequently discovered that its search for records potentially responsive to the request was not complete.  State reported that it had completed its search and was working to process the potentially responsive records that were located.

5.      State subsequently realized that searches had not been run on the classified systems. State has now completed those searches and identified an additional approximately 11,200 records that remain to be processed on its classified system.  Since the last joint status report, the Parties agreed that State could limit its searches to the following U.S. embassies: Canada, Israel, Turkey, United Kingdom, and United Arab Emirates.  State conducted a relevancy review of the records collected from these embassies and determined that only a small number of records appeared to be responsive.  State made  productions of responsive records on September 30, 2024, and October 29, 2024. With its October 29, 2024 production, State completed processing of all remaining documents.

6.      The Parties respectfully propose that they file a further joint status report on January 27, 2025, to update the Court as to the status of Defendant's response to Plaintiff's FOIA request and to propose a schedule for further proceedings.

*     *     *

Dated: November 26, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR. #481052
UNITED STATES ATTORNEY

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Sian Jones*
SIAN JONES, DC Bar No. 1024062
Assistant United States Attorney 601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
E-mail: Sian.Jones@usdoj.gov
*Counsel for Defendant*

*/s/ David Kronig*
David Kronig
D.C. Bar No. 1030649
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3915
david.kronig@americanoversight.org

*Counsel for Plaintiff*